EDWARD E. RIGNEY, Respondent, v. HANS JAEGER and HANS JAEGER, INC., Appellants.—Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,175.30; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOSE DE LA GANDARA, Respondent, v. GEORGE M. PYNCHON and Others, Defendants, Impleaded with CLIFFORD BUCKNAM and WILLIAM F. INGOLD, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LILLIAN L. DAVIDSON, Respondent, v. RADIO CITY MUSIC HALL CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callaban, J., dissent and vote to reverse and dismiss the complaint, on the ground that no actionable negligence on the part of the defendant has been established.

CONCRETE CUTTING CORPORATION OF AMERICA, Respondent, v. FRITZ STEEL CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to modify by reducing the judgment to the sum of $1,500 upon the ground that the finding in favor of plaintiff upon the second cause of action permitting a recovery of $640 was against the weight of the credible evidence.

MICHAEL E. OROFINO and Another, Respondents, v. REMO CIRRONI, Also Known as REMO CERRONI, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THERESA LINDENAUER, as Receiver and Sequestrator of the Property of DAVID LINDENAUER, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT SCOTT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JULIA GOLDMAN, Respondent, v. AMERICAN WOMAN'S REALTY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

NEW YORK CREDIT MEN'S ASSOCIATION, as Assignee for the Benefit of Creditors of LIDO BEACH APPAREL, INC., Appellant, v. PHILIP HARRIS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NORA BROSNIHAN, Respondent, v. MARY LYNCH, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GEORGE W. COMTOIS, Appellant, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.